UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

NIKE, INC.,

                Plaintiff,

-v-

ALREADY, LLC d/b/a YUMS,

                Defendant.

No. 09 Civ. 6366 (RJS)
ORDER

NIKE, INC.,

                Plaintiff,

-v-

KASHI KICKS, INC.

                Defendant.

No. 09 Civ. 6367 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of two letters from Plaintiff, both dated October 8, 2009, submitted in regard to each of the above-captioned matters. Plaintiff requests an extension of the deadlines set forth in the Court's September 4, 2009 order. Specifically, Plaintiff represents that it is in settlement discussions with the Defendant in Case No. 09 Civ. 6366, and that Plaintiff intends to move for entry of a default judgment against the Defendant in Case No. 09 Civ. 6367, as it has failed to answer Plaintiff's complaint or otherwise appear in this action.

Plaintiff's request is granted. The October 28, 2009 initial status conference for the above-captioned matters is hereby adjourned to Friday, December 4, 2009 at 3:00 p.m. in Courtroom 21C United States District Court, 500 Pearl Street, New York, New York. The joint submissions set forth in the Court's September 2, 2009 order must be provided to the Court no later than Friday, November 13, 2009. If any party to these related actions contemplates filing a motion, the party must provide the Court with a pre-motion letter, as set forth in my Individual Practices, Rule 2.A, no later than Friday, November 13, 2009. Responses to any pre-motion letter are due by Wednesday, November 18, 2009. If Plaintiff wishes to move for entry of default judgment against the non-appearing Defendant, the required materials shall be *received* by the Court no later than Friday, November 13, 2009. All submissions shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:      October 8, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE