UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

NIKE, INC.,

                            Plaintiff,

          - against -

ALREADY, LLC d/b/a YUMS,

                     Defendant.

------------------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ECF CASE**

09 Civ. 6366 (RJS)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Already, LLC d/b/a YUMS (YUMS) states that YUMS has no parent corporation and that no publicly held corporation owns 10% or more of YUMS' stock.

Dated:      New York, New York
              November 19, 2009

FRIED, FRANK, HARRIS SHRIVER &
JACOBSON LLP

By _____
    James W. Dabney
    Randy C. Eisensmith
    Elizabeth P. Kozlowski

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
James.Dabney@friedfrank.com

Attorneys for Defendant
Already, LLC