UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|9|09
```

NIKE INC.,

                            Plaintiff,

        -v-

ALREADY, LLC d/b/a YUMS,

                            Defendant.

No. 09 Civ. 6366 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of a pre-motion letter from Plaintiff, dated December 9, 2009.

Pursuant to my Individual Practices, Defendant shall provide the Court with a response to Plaintiff's

letter, which shall be *received* no later than Monday, December 14, 2009, and shall be sent to the

chambers' email address.  The Court will discuss Plaintiff's contemplated motion at the status

conference currently scheduled for Friday, January 15, 2010 at 9:30 a.m. in Courtroom 21C, United

States District Court, 500 Pearl Street, New York, New York.  The time by which Plaintiff may file

its contemplated motion is adjourned until after the date of the January 15, 2010 conference.

        SO ORDERED.

Dated:          December 9, 2009
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE